# United States Court of Appeals
# for the Fifth Circuit

————————

No. 23-40179
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
February 27, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Hector David Lopez Martinez,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CR-323-1

_____

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.
Per Curiam:[*]

The attorney appointed to represent Hector David Lopez Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez Martinez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

well as Lopez Martinez's response, which we directed counsel to have translated into English. *See United States v. Moreno-Torres*, 768 F.3d 439, 441 n.2 (5th Cir. 2014).

It is dispositive that the Government has declined to waive the untimeliness of the appeal. *See United States v. Pesina-Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016) (per curiam). Accordingly, without prejudice to a future 28 U.S.C. § 2255 motion that Lopez Martinez may file, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.